FILED

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# United States District Court

EASTERN District of CALIFORNIA

UNITED STATES OF AMERICA
V.

SHAVANE BOUSANGOUANE, and
REENEY BOUSANGOUANE
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 1:11MJ211DLB

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 12, 2011 (Date) in Fresno County, in the EASTERN District of CALIFORNIA defendant(s) did,

*(Track Statutory Language of Offense)*
Conspire to Manufacture and Possess with the Intent to Distribute more than 100 kilograms of Marijuana, which is punishable by 5 to 40 year term of imprisonment, a $5 million fine, and a $100 penalty assessment.

in violation of Title 21 United States Code, Section (s) 846, 841(a)(1) and (b)(1)(B)
I further state that I am a(n) Deputized Task Force Agent for the Drug Enforcement Administration (DEA) and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

[signature]
Signature of Complainant

Robert Perez
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

10/13/2011 at Fresno CA
Date City State

Name of Judge Title of Judge Signature of Judge

BENJAMIN B. WAGNER
United States Attorney
LAUREL MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAVANE BOUSANGOUANE, and<br>REENEY BOUSANGOUANE<br><br>Defendants | CASE NO.<br><br>AFFIDAVIT OF DEA TFO ROBERT PEREZ IN SUPPORT OF A CRIMINAL COMPLAINT |

I, Robert Perez, being duly sworn, do hereby declare and state:

I am a Deputized Task Force Agent for the Drug Enforcement Administration (DEA), assigned to the High Intensity Drug Trafficking Area group (HIDTA), and have been so assigned since December, 2008. I have been employed with the Fresno County Sheriff's Office since March, 2001. Prior to this assignment, I was assigned to the Fresno County Sheriff Narcotics Enforcement Team for nearly two years. My law enforcement training began in July, 2007, when I attended the Police Academy at the State Center Community College District Regional Training Facility in Fresno California. This course was over 23 weeks long from July, 1997, through December, 1997, and

consisted of basic police and criminal law training. I have received special training in the methods used by drug traffickers to illegally produce, transport, and distribute marijuana and other controlled substances. I am familiar with, and have participated in, all the formal methods of investigations, including but not limited to, electronic surveillance, visual surveillance, general questioning of witnesses, search warrants, confidential informants, and the use of undercover agents. I have participated in investigations involving organizations trafficking in controlled substances. Based on my experience and training I have acquired from drug enforcement schools and from working with other Special Agents and Detectives, I am providing the following facts.

This affidavit is made to support a complaint charging Shavane BOUASANGOUANE and Reeney BOUSAGOUANE with Cultivation and Possession with Intent to Distribute Marijuana, and Conspiracy to cultivate marijuana, a Schedule I controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

## B. <u>FACTS ESTABLISHING PROBABLE CAUSE</u>

The facts which establish probable cause of the arrest of Shavane BOUASANGOUANE and Reeney BOUSAGOUANE are either personally known to me or have been told to me directly by other Federal, State, Local law enforcement officers.

Beginning in or about August, 2010, the Drug Enforcement Administration (DEA) and Fresno County Sheriff's Office ("FSO") conducted an investigation on several subjects who where cultivating marijuana in the rural areas of Fresno County. A multitude of

subjects in Fresno County are openly engaged in the cultivation of marijuana at various locations throughout the county. Fresno County Sheriff's Office Detectives traveled to many of the locations, one of which is located at 890 S. Armstrong in Fresno County.

On October 8, 2011, Lieutenant Rick Ko flew over 890 S. Armstrong while conducting an aerial surveillance. Lieutenant Ko observed what he believed to be several hundred marijuana plants that were being cultivated.

On October 10, 2011, your affiant drove past the above mentioned property and observed what appeared to be marijuana plants. Your affiant observed a male adult walk into the area where the marijuana was being grown and then walk out carrying a cardboard box. Your affiant observed the male subject as he walked from the grow site to the east side of the residence.

On October 12, 2011, Agents from the DEA and the Fresno County Sheriff's Office served a federal search warrant at 890 S. Armstrong Ave in Fresno, California. During the service of the search warrant law enforcement officers made contact with SHAVANE BOUSAGOUANE as he was exiting the residence on the property. Law enforcement officers were able to see in plain view several harvested marijuana plants hanging on the front porch of the house. Agents asked SHAVANE if he lived at the residence and he said he did. Agents told SHAVANE that they were serving a federal search warrant for the property and asked for consent to search the residence which SHAVANE gave.

Agents entered the residence and conducted a security sweep for safety purposes. Inside the residence agents observed that two of the

bedrooms had been converted into marijuana drying rooms. Both rooms had several hundred drying marijuana plants hanging from the ceiling and several pounds of trimmed processed marijuana buds ready to be packaged. Under Miranda, SHAVANE told agents that the marijuana belonged to him, his brother, REENEY BSOUSAGOUANE, and sister-in-law.

While Agents were on scene, REENEY BOUSAGOUANE arrived at the residence. REENEY was detained and informed that a search warrant was being served on the property. Under Miranda, REENEY told agents that the marijuana in the house and the marijuana plants belonged to him and his brother SHAVANE. A second federal search warrant was obtained for the residence. Agents seized over 371 kilos of processed marijuana and sixty-nine marijuana plants from both the house and the property.

Based on my training and experience, I formed the opinion that the marijuana was being cultivated to distribute based on the amount of marijuana that was seized at the location.

C. CONCLUSION

Based on the foregoing, there is probable cause to believe that SHAVANE BOUSAGOUANE and REENEY BOUSAGOUANE did knowingly and intentionally Cultivate and Possess with Intent to Distribute Marijuana, a Schedule I controlled substance, in violation of Title

//

//

//

//

//

//

21, United States Code, Section 841 (a) (1)and 846.

I, Robert Perez, your affiant, swear that the facts presented herein are true and accurate to the best of my knowledge.

Robert Perez, Task Force Officer
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO
BEFORE ME THIS DAY OF
October 13, 2011

Honorable Dennis L. Beck
United States Magistrate Judge

Approved as to form:
/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney