BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAVANE BOUSANGOUANE,<br>Defendant. | 1:11CR0357 AWI/DLB<br><br>AMENDED INFORMATION PURSUANT TO 21 U.S.C. §§ 841(b)(1)(B) and 851 RE: NOTICE OF INTENTION TO SEEK ENHANCED PENALTIES PURSUANT TO PRIOR FELONY DRUG CONVICTION |

AMENDED NOTICE IS HEREBY GIVEN that the Government intends to seek enhanced sentencing penalties with respect to Defendant SHAVANE BOUSANGOUANE herein as provided under Title 21, United States Code, Section 841(b)(1)(B) and 851.[1] If a hearing is held pursuant to 21 U.S.C. § 851(c), the Government will provide the Court with a certified copy of the defendant's prior conviction, and provide any relevant documentation and testimony, for the following felony narcotics offense:[2]

[1]Only the caption has been amended to accurately reflect that this information is being filed pursuant to 21 U.S.C. §§ 841(b)(1)(B) and 851.

[2]The term "felony" for purposes of a Section 851 enhancement "means any Federal or State offense classified by applicable Federal or State law as a felony." 21 U.S.C. § 802. Section 11377 of the California Health and Safety Code allows for the

The felony conviction obtained by Defendant SHAVANE BOUSANGOUANE on or about November 3, 2004, in the California Superior Court of Kern County, for California Health and Safety (H&S) Code, Section 11377(a), unlawful possession of a controlled substance, Case No. BF102244A.

Further, as a result of such prior conviction, the defendant faces a mandatory minimum term of imprisonment of ten years and a maximum term of life. 21 U.S.C. § 841(b)(1)(B).

DATED: May 24, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

---

felony prosecution of possession of a controlled substance and the defendant was convicted of felony possession.