Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
SHAVANE BOUSANGOUANE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAVANE BOUSANGOUANE,<br><br>Defendant. | Case Number: 1:11-CR-00357-1-AWI<br><br>**DEFENDANT SHAVANE BOUSANGOUANE'S TRIAL BRIEF**<br><br>Trial Date: June 18, 2013<br>Time: 9:00 a.m.<br>Judge: Honorable Anthony Ishii |

Defendant, SHAVANE BOUSANGOUANE, elects to offer no Trial Brief and intends to rely on the requested and given jury instructions.

Dated March 6, 2013.

LAW OFFICES OF GARY HUSS

By: /s/ Gary Huss
GARY HUSS, Attorney for Defendant,
SHAVANE BOUSANGOUANE