BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>SHAVANE BOUASANGOUANE,<br><br>                          Defendant. | 1:11-CR-00357 AWI<br><br>STIPULATION REGARDING<br>ADVANCEMENT; ORDER |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 8 2013.

2. By this stipulation, the parties now move to advance this matter for the above-captioned defendant's change of plea this Monday, April 15, 2013, at 10 a.m.  Defense counsel has advised that the plea agreement has been signed and will be forwarded to the U.S. Attorney's Office today for filing.

IT IS SO STIPULATED.

1

DATED: April 10, 2013.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: April 10. 2013.

/s/ Gary Huss
GARY HUSS
Counsel for Defendant Shavane Bousangouane

**O R D E R**

IT IS SO ORDERED.

Dated: __April 10, 2013__

SENIOR DISTRICT JUDGE

2