# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date - Notice of Death

## UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Docket No:   1:11CR00357 |
| | ) | |
| **Shavane Bouasangouane** | ) | |
| | ) | |

On July 1, 2013, the above-named was sentenced to 57 months in the Bureau of Prisons with a Supervised Release for a period of 3 years.   He commenced supervision on December 16, 2016.

On August 10, 2017, this office was notified by the Fresno County Coroner's Office that Shavane Bouasangouane was confirmed deceased (copy of the notification is on file).   It is accordingly recommended that Supervised Release be terminated and the case closed.

Respectfully submitted,

/s/ *Chhoeuth Bou*

Chhoeuth Bou
United States Probation Officer

Dated:   August 10, 2017
         Fresno, California

/s/ *Marlene DeOrian*, SrUSPO for Tim Mechem

**REVIEWED BY:**   **Tim Mechem**
                   **Supervising United States Probation Officer**

1

**Re:** **Bouasangouane, Shavane**
**Docket No:** **1:11CR00357**
**Report and Order Terminating Supervised Release**
**Prior To Original Expiration Date - Notice of Death**

---

## ORDER OF COURT

It appearing that Shavane Bousangouane is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   August 11, 2017                    _____
                                              SENIOR   DISTRICT   JUDGE